IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:25 CR 3009 |
| Plaintiff, | ) | |
| | ) | **MOTION FOR DOWNWARD** |
| vs. | ) | **VARIANCE** |
| | ) | |
| JACOB SMITH, | ) | |
| Defendant. | ) | |

    COMES NOW, Defendant, by and through Counsel, and respectfully requests this Court for a variance at sentencing pursuant to 18 USC 3553(a). In furtherance of this motion, Mr. Smith separately files a supporting brief and evidence in support of the brief.

                                                s/ *Seth W. Morris*
                                                Seth W. Morris, #25803
                                                Liberty Law Group, LLC
                                                1201 "O" Street, Suite 101
                                                Lincoln, NE 68508
                                                Ph: (402) 948-0420
                                                Fax: (402) 285-7148
                                                seth@libertylawgroup.com

**CERTIFICATE OF SERVICE**

       I hereby certify that I have caused the foregoing to be filed with the Clerk of the United States District Court, District of Nebraska, using the CM/ECF system which sent notification to the AUSA on this 25th day of November, 2025.

                                                s/ *Seth W. Morris*
                                                Seth W. Morris, #25803