IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JACOB SMITH,<br><br>     Defendant. | 4:25CR3009<br><br>MOTION TO SEAL |

COMES NOW the United States of America, by and through the Acting United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to seal the Government's Sentencing Statement, Index of Evidentiary Materials, and Exhibits regarding the above-captioned defendant. This is being filed pursuant to 18 U.S.C. 3509(d)(2), as disclosure of these documents must be sealed due to containing information that could lead to the identification of child victims.

  DATED this 26th day of November, 2025.

                UNITED STATES OF AMERICA,
                Plaintiff

                LESLEY A. WOODS
                United States Attorney
                District of Nebraska

         By:  *s/ Julie Ann M. Mruz*
              JULIE ANN M. MRUZ, #25564
              Assistant U.S. Attorney
              487 Federal Building
              100 Centennial Mall North
              Lincoln, NE 68508-3865
              Tel: (402) 437-5241
              E-mail: Julie.ann.mruz@usdoj.gov